CSD 1252 (08/23/07)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

**FILED**
APR 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

(619) 557-5620                                      FAX: (619) 557-5536

# TRANSMITTAL MEMORANDUM

To:        UNITED STATES DISTRICT COURT
           880 Front Street, Suite 4290
           San Diego, California 92101

**'08 CV 0784 WQH RBB**

From:                              BARRY K. LANDER, Clerk  District/Office No. 974-3

| CASE NAME | BANKRUPTCY NO. |
|---|---|
| | 07-3740-JM7 |
| | ADVERSARY NO. |
| | 07-90588 |
| | APPEAL NO. |
| | 1 |
| Anibal Mesala Silva | BANKRUPTCY JUDGE |
| | James W. Meyers |
| | DATE BANKRUPTCY FILED |
| | 7/16/07 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO USDC MAILED ON: |
|---|---|---|---|
| 4/16/08 | 4/25/08 | NO | April 28, 2008 |

DATED: April 28, 2008                    Barry K. Lander, Clerk


By: _Kurt Herbold_____, Deputy Clerk
Kurt Herbold

CSD 1252
MSDC

CSD 1251 [05/10/00]

```
                                              ┌─────────────────────────────┐
                                              │           FILED             │
                                              │                             │
                                              │      April 28, 2008          │
                                              │                             │
                                              │  CLERK, U.S. BANKRUPTCY COURT │
                                              │ SOUTHERN DISTRICT OF CALIFORNIA│
                                              │ BY                    DEPUTY │
                                              └─────────────────────────────┘
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Anibal Mesala Silva<br><br>                         Debtor. | BANKRUPTCY NO.<br>     07-3740-JM7 |
| Anibal Mesala Silva (Appellant) | 07-90588 |
| v.<br>Patrick C. Hargadon (Appellee) | BK APPEAL NO.    1<br>ASSIGNED TO JUDGE  James W. Meyers |

## NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
## COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:    Anibal Mesala Silva, P.O. Box 20732, El Cajon, CA 92021,
       Jeffrey D. Cawdrey, Gordon & Rees LLP, 101 West Broadway, Ste. 2000, San Diego, CA 92101
       Patrick C. Hargadon, Bankstom & Richardson, LLP, P.O. Box 1675, Dripping Springs, TX 78620
       Beth A. Clukey, 880 Front Street, Room 6293, San Diego, CA 92101,
       James L. Kennedy, P.O. Box 28459, San Diego, CA 92198,
       United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

       NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by <u>Anibal Mesala Silva</u> with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

       For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101 or by calling (619) 557-5600.

       I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: April 28, 2008                      Barry K. Lander, Clerk


                                           By: _____, Deputy Clerk
                                               Kurt Herbold

ENTERED 4/16/08

FILED

APR 15 2008

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        144        DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy No. 07-03740-M7 |
| ANIBAL MESALA SILVA, | Adversary No. 07-90588-M7 |
| Debtor. | |
| ANIBAL SILVA, | |
| Plaintiff, | |
| v. | ORDER |
| VIRGINIA JAIMES, et al., | |
| Defendants. | |

After a hearing on March 27, 2008, and review of various motions
filed in this case, the Court has determined that it will be more
efficient and cost effective to rule on some motions without hearing,
to combine hearings on similar motions filed by different defendants,
and to modify deadlines for briefing.  Therefore,

IT IS ORDERED that:

1) The Ex Parte Application (Docket No. 12) filed by U.S.
Department of Housing and Urban Development, the U.S. Department of
Justice, Assistant U.S. Attorney Joseph Gaeta and the Honorable Lee

1  Yeakel ("Federal Defendants"), for an extension of time to respond to
2  the Second Amended Complaint, is GRANTED, and the Federal Defendants
3  shall have an extension until May 12, 2008, to file a response to the
4  Second Amended Complaint;

5      2) In addition to the defendants listed in paragraph 1, the term
6  "Federal Defendants" in this ORDER shall also include the Honorable
7  Louise Adler, the Honorable Leif M. Clark, and Haeji Hong, Attorney
8  for the U.S. Trustee;

9      3) Plaintiff's Motion, (Docket No. 20), for Reconsideration of
10  the Orders Granting an Extension to Respond to Defendants Haeji Hong
11  and Gerald Davis is DENIED;

12      4) The Motion of Patrick C. Hargadon to Set Aside Entry of
13  Default, (Docket No. 30) is GRANTED;

14      5) Plaintiff is GRANTED an extension of time until June 2, 2008,
15  to respond to the Motion to Strike Second Amended Complaint and the
16  Motion to Dismiss Second Amended Complaint, filed by Gerald Davis,
17  (Docket No. 31 and 32), and to respond to the Motion to Dismiss filed
18  by Patrick Hargadon, (Docket No. 35), and any other motion to dismiss
19  or strike filed by any other Defendant in this case on or before May
20  12, 2008;

21      6) All Defendants shall have until June 20, 2008, to file a Reply
22  to the Plaintiff's Response to their Motions to Dismiss or Strike the
23  Second Amended Complaint;

24      7) The hearing on all Motions to Dismiss and Motions to Strike
25  the Second Amended Complaint which are filed on or before May 12,
26  2008, shall be held on July 10, 2008, at 10:00 a.m. in Department 1,
27  Room 218;

28      8) The hearing on the Motions of Gerald Davis to Strike Second

2

1 Amended Complaint and to Dismiss Second Amended Complaint, which was

2 scheduled for April 18, 2008, at 11:00 a.m., is hereby VACATED;

3      9)   Plaintiff's Motion for Summary Judgment Against the Federal

4 Defendants and Gerald Davis (Docket No. 34) is hereby DENIED as

5 premature, without prejudice to being renewed after the hearing on

6 July 10, 2008.   The hearing on Plaintiff's Motion for Summary

7 Judgment, which is currently scheduled for April 30, 2008, is hereby

8 VACATED.

9 Dated: **APR 15 2008**

10

11                             JAMES W. MEYERS, Judge
United States Bankruptcy Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CSD 1195 [05/01/94]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In re   Bankruptcy Case No(s).   07-03740-M7
Adversary No(s).                        07-90588

**CERTIFICATE OF MAILING**

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

**Order Denying Debtor's Motion Docketed as Numbers 164, 165, 171 and 172, and Requiring Debtor to Show Cause why this Chapter 7should not be Dismissed; Order**

was enclosed in a sealed envelope bearing the lawful frank of the bankruptcy judges and mailed to each of the parties at their respective addresses listed below:

SEE ATTACHED SERVICE LIST

Said envelope(s) containing such document was deposited by me in a regular United States Mail Box in the City of San Diego, in said District on April 15, 2008.

Molly Dishman
Judicial Assistant to the Honorable James W. Meyers

CSD 1195

## PROOF OF SERVICE LIST

Anibal Mesala Silva
P.O. Box 20732
El Cajon, CA 92021

Beth A. Cluckey
United States Attorney
800 Front Street, Rm. 6293
San Diego, CA 92101-8892

Joseph Gaeta
United States Dept. Of Justice
Civil Rights Division
950 Pennsylvania Ave., ND (G Street)
Washington, D.C.  20530

Haeji Hong
Office of the US Trustee
401 West Broadway, Suite 600
San Diego, CA 92101

James L. Kennedy
P.O. Box 28459
San Diego, CA 92198-0459

David A. Ortiz
Office of the US Trustee
402 West Broadway, Suite 600
San Diego, CA 92101

Jeffrey D. Cawdrey
Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, Ca 92101

Patick C. Hargadon
Bankston & Richardson LLP
P.O. Box 1675
Dripping Springs, TX 78620

Virginia Jaimes
6100-B Asa Drive
Austin, TX 78747

Porfirio Alcantara
17646 Loch Linne Loop
Pflugerville, TX  78660

Celestino Medrano
1200 Pitcairn Drive
Pflugerville, TX 78660

Eddie Paredes
15021 Plainview Drive, #C
Austin, TX 78725

Norma Gonsalvez
8101 Cameron Road, Suite 203
Austin, TX 78754

Leticia Alcantara
2205 Oxford Blvd.
Round Rock, TX 78664

Patricia Tufferntsamer
1007 Clear Lake Lane
Leaner, TX 78641

Maria Alcantara
17646 LochLinne Loop
Pflugerville, TX 78660

Violet Paredes
15021 Plainview Drive, #C
Austin, TX 78725

Louise Adler
325 West F Street
San Diego, CA 92101

Leif M. Clark
615 East Houston Street, Room 137
San Antonio, TX 78205

Robert Black
1145 W. 5th Street, Suite 201
Austin, TX 78703

Martha Puerto
5204 Coopermean Lane
Austin, TX 78754

Gerald Davis
P.O. Box 182037
Coronado, CA 921078

Case # : 07-90588-JM&PAD
Debtor.: SILVA
Judge..: JAMES MEYERS
Chapter: APAD
-----------------------------------
Filed  : April 25, 2008  14:10:01
Deputy : T SCHMIDT
Receipt: 198110
Amount : $0.00
-----------------------------------

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re                                    )      Case No: 07-03740-JM7
                                         )
         Anibal Mesala Silva             )      Adversary No: 07-90588
                                         )
                          Debtor         )      Chapter 7

### NOTICE OF APPEAL

Anibal Mesala Silva, Debtor, appeals under 28 U.S.C. Section 158 from the order of the bankruptcy judge, line item #4, which granted the motion of Patrick C. Hargadon to set aside entry of default; and line item #9, which denied Plaintiff's motion for summary judgment against the Federal defendants and Gerald Davis (Docket No. 34), and that such order was signed by the judge on April 15, 2008.

**NOTICE TO THE CLERK: THE CLERK IS NOTIFIED THAT DEBTOR/APPELLANT IS FILING TWO SEPARATE STATEMENTS OF ELECTION TO EXERCISE HIS RIGHT UNDER 28 U.S.C. SECTION 158(a) TO HAVE HIS APPEAL HEARD BY THE DISTRICT COURT SO THERE WILL BE NO DOUBTS AS TO WHERE THIS APPEAL IS SUPPOSE TO GO.**

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1.   Patrick C. Hargadon
     Bankston & Richardson, LLP
     P.O. Box 1675
     Dripping Springs, TX 78620
     Telephone No: 512-264-1033

2.   Jeffrey D. Cawdrey, Attorney for Gerald Davis
     Gordon & Rees LLP
     101 West Broadway, Suite 2000
     San Diego, CA 92101
     Telephone No: 619-696-6700

3.   Beth A. Clukey, U.S. Attorney
     Attorney for HUD, Dept. of Just., Joseph Gaeta, Lee Yeakel, and Haeji Hong
     880 Front Street, Room 6293
     San Diego, CA 92101
     Telephone No: 619-557-7184

4.    James L. Kennedy, Chapter 7 Trustee
      P.O. Box 28459
      San Diego, CA  92198
      Telephone No:  858-451-8859

5.    Anibal Silva, Debtor
      P.O. Box 20732
      El Cajon, CA  92021
      Telephone No:  619-920-4176

Dated: 4/25/08

Signed: _____
        Anibal Silva, Debtor/Appellant
        P.O. Box 20732
        El Cajon, CA  92021

# THIS IS THE END OF THE NOTICE OF APPEAL

Following this notice of appeal are the copy of the Court's order, the separate notice of right to have appeal heard by the District court, and the two Separate Statements of Election.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy No. 07-03740-M7 |
|---|---|
| ANIBAL MESALA SILVA, | Adversary No. 07-90588-M7 |
| Debtor. | |
| ANIBAL SILVA, | |
| Plaintiff, | |
| v. | ORDER |
| VIRGINIA JAIMES, et al., | |
| Defendants. | |

After a hearing on March 27, 2008, and review of various motions filed in this case, the Court has determined that it will be more efficient and cost effective to rule on some motions without hearing, to combine hearings on similar motions filed by different defendants, and to modify deadlines for briefing.  Therefore,

IT IS ORDERED that:

1) The Ex Parte Application (Docket No. 12) filed by U.S. Department of Housing and Urban Development, the U.S. Department of Justice, Assistant U.S. Attorney Joseph Gaeta and the Honorable Lee

1   Yeakel ("Federal Defendants"), for an extension of time to respond to

2   the Second Amended Complaint, is GRANTED, and the Federal Defendants

3   shall have an extension until May 12, 2008, to file a response to the

4   Second Amended Complaint;

5          2) In addition to the defendants listed in paragraph 1, the term

6   "Federal Defendants" in this ORDER shall also include the Honorable

7   Louise Adler, the Honorable Leif M. Clark, and Haeji Hong, Attorney

8   for the U.S. Trustee;

9          3) Plaintiff's Motion, (Docket No. 20), for Reconsideration of

10  the Orders Granting an Extension to Respond to Defendants Haeji Hong

11  and Gerald Davis is DENIED;

12         4) The Motion of Patrick C. Hargadon to Set Aside Entry of

13  Default, (Docket No. 30) is GRANTED;

14         5) Plaintiff is GRANTED an extension of time until June 2, 2008,

15  to respond to the Motion to Strike Second Amended Complaint and the

16  Motion to Dismiss Second Amended Complaint, filed by Gerald Davis,

17  (Docket No. 31 and 32), and to respond to the Motion to Dismiss filed

18  by Patrick Hargadon, (Docket No. 35), and any other motion to dismiss

19  or strike filed by any other Defendant in this case on or before May

20  12, 2008;

21         6) All Defendants shall have until June 20, 2008, to file a Reply

22  to the Plaintiff's Response to their Motions to Dismiss or Strike the

23  Second Amended Complaint;

24         7) The hearing on all Motions to Dismiss and Motions to Strike

25  the Second Amended Complaint which are filed on or before May 12,

26  2008,  shall be held on <u>July 10, 2008, at 10:00 a.m. in Department 1,</u>

27  <u>Room 218</u>;

28         8) The hearing on the Motions of Gerald Davis to Strike Second

2

1  Amended Complaint and to Dismiss Second Amended Complaint, which was

2  scheduled for April 18, 2008, at 11:00 a.m., is hereby VACATED;

3      9)   Plaintiff's Motion for Summary Judgment Against the Federal

4  Defendants and Gerald Davis (Docket No. 34) is hereby DENIED as

5  premature, without prejudice to being renewed after the hearing on

6  July 10, 2008.   The hearing on Plaintiff's Motion for Summary

7  Judgment, which is currently scheduled for April 30, 2008, is hereby

8  VACATED.

9  Dated:  **APR 15 2008**

10

11                        JAMES W. MEYERS, Judge
                          United States Bankruptcy Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## SEPARATE NOTICE OF RIGHT TO HAVE APPEAL HEARD BY THE DISTRICT COURT

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. Section 158(c), to have the appeal heard by the District Court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in Section 304(g), no fee is required.*

# SEPARATE STATEMENT OF ELECTION

### DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

_____
Anibal Silva, Debtor/Appellant

# SEPARATE STATEMENT OF ELECTION

### DEBTOR'S STATEMENT OF ELECTION

Anibal Mesala Silva, Debtor, pursuant to Sections 158(a) and 158(c)(1) of U.S. Title 28, hereby elects to exercise his right to have his appeal heard by a District Court.

NOTICE TO THE CLERK: DEBTOR/APPELLANT IS EXERCISING HIS RIGHT TO HAVE THIS APPEAL HEARD BY THE DISTRICT COURT, AND AT NO MOMENT, DEBTOR/APPELLANT IS AUTHORIZING OR CONSENTING THIS APPEAL TO GO TO THE BANKRUPTCY APPELLATE PANEL. THEREFORE, THIS APPEAL IS TO GO TO THE DISTRICT COURT ONLY.

Signed this 25th day of April 2008.

Anibal Silva, Debtor/Appellant

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on April 25, 2008, I served a true copy of the within NOTICE OF APPEAL, NOTICE OF RIGHT TO HAVE APPEAL HEARD BY THE DISTRICT COURT, AND THE TWO SEPARATE STATEMENTS OF ELECTION, by:

U.S. First Class Mail

On the following persons:

Beth A. Cluckey
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Jeffrey D. Cawdrey
Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

Patrick C. Hargadon
Bankston & Richardson LLP
P.O. Box 1675
Dripping Springs, TX 78620

James Kennedy, Chapter 7 Trustee
P.O. Box 28459
San Diego, CA 92198

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _4/25/08_

_Anibal Silva_
P.O. Box 20732
El Cajon, CA 92021

**Answer, Jury Demand, AwaitClo, MiscTick, Appeal**

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Adversary Proceeding #: 07-90588-JM
### Internal Use Only

*Assigned to:* Judge James W. Meyers          *Date Filed:* 09/21/07
*Related BK Case:* 07-03740
*Related BK Title:* Anibal Mesala Silva
*Related BK Chapter:* 7
*Demand:* $26000000

*Nature [s] of Suit:*

11 Recovery of money/property - 542 turnover of property

02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

72 Injunctive relief - other

91 Declaratory judgment

## Plaintiffs
----------------------
**Anibal Mesala Silva**                    represented by   **Anibal Mesala Silva**
P.O. Box 20732                                              PRO SE
El Cajon, CA 92021
SSN: 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

V.

## Defendant
----------------------
**Virginia Jaimes**                        represented by
                                            **Virginia Jaimes**

6100-B Asa Drive
Austin, TX 78747

PRO SE

**Porfirio Alcantara**
17646 Loch Linne Loop
Pflugerville, TX 78660

represented by **Porfirio Alcantara**
PRO SE

**Celestino Medrano**
1200 Pitcairn Drive
Pflugerville, TX 78660

represented by **Celestino Medrano**
PRO SE

**Joseph Gaeta**

represented by **Beth A. Clukey**
United States Attorney
800 Front Street, Rm. 6293
San Diego, CA 92101-8893
619-557-7184
Email: beth.clukey@usdoj.gov
*LEAD ATTORNEY*

**Eddie Paredes**
15021 Plainview Drive, #C
Austin, TX 78725

represented by **Eddie Paredes**
PRO SE

**Norma Gonsalvez**
8101 Cameron Road, Suite
203
Austin, TX 78754

represented by **Norma Gonsalvez**
PRO SE

**Leticia Alcantara**
2205 Oxford Blvd.
Round Rock, TX 78664

represented by **Leticia Alcantara**
PRO SE

**Patricia Tuffentsamer**
1007 Clear Lake Lane
Leander, TX 78641

represented by **Patricia Tuffentsamer**
PRO SE

**U.S. Department of Housing
and Urban Development**

represented by **Beth A. Clukey**
(See above for address)
*LEAD ATTORNEY*

**U.S. Department of Justice**

represented by **Beth A. Clukey**
(See above for address)
*LEAD ATTORNEY*

**Lee Yeakel**

represented by **Beth A. Clukey**
(See above for address)

                                        *LEAD ATTORNEY*

**Maria Alcantara**          represented by **Maria Alcantara**
17646 LochLinne Loop                        PRO SE
Pflugerville, TX 78660

**Violet Paredes**           represented by **Violet Paredes**
15021 Plainview Drive, #C                   PRO SE
Austin, TX 78725

**Louise Adler**             represented by **Louise Adler**
                                            PRO SE


**Robert E. Black**          represented by **Robert E. Black**
                                            PRO SE


**Patrick Hargadon**         represented by **Patrick C. Hargadon**
400 West 15th Street, Suite                 Bankston & Richardson LLP
710                                         P.O. Box 1675
Austin, TX 78701                            Dripping Springs, TX 78620
                                            (512) 264-1033
                                            Fax : (512) 264-0947
                                            *LEAD ATTORNEY*

**Leif M. Clark**            represented by **Leif M. Clark**
                                            PRO SE


**GERALD DAVIS**             represented by **Jeffrey D. Cawdrey**
P.O. BOX 182037                             Gordon & Rees LLP
CORONADO, CA 92178                          101 West Broadway, Suite
(619) 522-2949                              2000
SSN: 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                            San Diego, CA 92101
                                            (619) 696-6700
                                            Fax : (619) 696-7124
                                            Email:
                                            jcawdrey@gordonrees.com

**Haeji Hong**               represented by
Office of the U.S. Trustee
402 West Boadway, Suite 600                 **Haeji Hong**
San Diego, CA 92101                         PRO SE

619-557-5144

**Martha Puerto**                    represented by **Martha Puerto**
5204 Coopermead Lane                                PRO SE
Austin, TX 78754

| Filing Date | # | Docket Text |
|---|---|---|
| 04/15/2008 | ❏39 | Order w/Certificate of Mailing signed on 4/15/2008. (Related Doc # 30), (Related Doc # 31), (Related Doc # 34), (Related Doc # 35), (Related Doc # 12), (Related Doc # 20), (Related Doc # 32) -- HEARING Scheduled for 7/10/2008 at 10:00 AM at Courtroom 1, Room 218, Weinberger Courthouse. (Dahl, S.) (Entered: 04/16/2008) |
| 04/25/2008 | ❏40 | Notice of Appeal and Statement of Election. BK Appeal No. 1 Fee Amount $ 255 filed by Anibal Mesala Silva. Appeal Designation Due By: 5/5/2008. Statement of Issues due by 5/5/2008. Appellee Designation Due By: 5/15/2008. Record Transmission due by 6/9/2008, (Herbold, K.) Modified on 4/28/2008 (Herbold, K.). (Entered: 04/25/2008) |
| 04/25/2008 | ❏41 | Receipt of Appeal Filing Fee - $0.00 by TS. Receipt Number 00198110. (Admin.) (Entered: 04/25/2008) |
| 04/28/2008 | ❏42 | Notice of Referral of Appeal to the U.S. District Court with service of Notice of Appeal. BK Appeal No: 1 (Attachments: # 1 Transmittal Memorandum) (related documents 40 Notice of Appeal, ) (Herbold, K.) (Entered: 04/28/2008) |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **Anibal Mesala Silva** | **Patrick C. Hargadon** |

'08 CV 0784 WQH RBB

FILED
APR 29 2008

| (b) COUNTY OF RESIDENCE OF FIRST LISTED  San Diego<br>PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br><br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>**Anibal Silva<br>P. O. Box 20732<br>El Cajon, CA 92021<br>619-920-4176** | ATTORNEYS (IF KNOWN)<br>**Patrick C. Hargadon<br>P. O. Box 1675<br>Dripping Springs, TX 78620** |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 28 USC 158

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Electmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD