Anibal Silva
PLAINTIFF/PETITIONER/MOVANT'S NAME

N/A
PRISON NUMBER

N/A
PLACE OF CONFINEMENT

P.O. Box 20732
El Cajon, CA 92021
ADDRESS

FILED
2008 MAY -1 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____YNH_____ DEPUTY

Case # : 07-90588
Debtor.: SILVA
Judge..: JAMES MEYERS
Chapter: APA
Filed : April 25, 2008 14:10:01
Deputy : T SCHMIDT
Receipt: 198110
Amount : $0.00

# United States District Court
## Southern District Of California

Anibal Mesala Silva

Plaintiff/Petitioner/Movant

v.

Patrick C. Hargadon, et al

Defendant/Respondent

Civil No. 08-CV-784 WQH
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, 
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No    (If "No" go to question 2)

    If "Yes," state the place of your incarceration
    Are you employed at the institution?            ☐ Yes ☐ No
    Do you receive any payment from the institution? ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                          ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☒ Yes ☐ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    Take home between $600 to $700 per month and I get paid every 30 days. Employer is: The Bridge, 874 Seacoast Drive, Imperial Beach, CA 91932

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    _____
    _____
    _____

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment     ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends     ☒ Yes ☐ No
    c. Pensions, annuities or life insurance              ☐ Yes ☒ No
    d. Disability or workers compensation                 ☐ Yes ☒ No
    e. Social Security, disability or other welfare       ☐ Yes ☒ No
    e. Gifts or inheritances                              ☐ Yes ☒ No
    f. Spousal or child support                           ☐ Yes ☒ No
    g. Any other sources                                  ☐ Yes ☒ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

    On May of 2007, I received the last rent check in the amount of $1,000 for renting my Condominium. The lease expired and I don't receive it anymore

4. Do you have any checking account(s)? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):
    b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
    a. Make: Ford          Year: 2005       Model: Focus
    b. Is it financed? ☒ Yes ☐ No
    c. If so, what is the amount owed? 14,000

    I also own a 1991 Volvo 740. There is no lien holder.

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☑ Yes  ☐ No
   If "Yes" describe the property and state its value. Condominium at 243 Ebony Ave., #8, in Imperial Beach. I owe about 400,000 and its value is about 250,000. I also own other properties for which foreclosure procedures have started, have been sold, or the automatic stay lifted with the exception of 5266 FM 713. Please, see the Attachment to Statement of Financial Affairs filed in the Bankruptcy Court.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Janet Silva: 100% (wife)
   Hannibal Silva: Son = 100%
   Mesala Silva: Son = 100%

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   My unsecured debts are listed in Schedule "F" that I filed with the Bankruptcy Court and a new credit card with high interest rate that I got to start restablishing my credit. The balance is $80.00. Schedule "F" is attached.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    Wife's Personal Jewelry held by Lemon Grove Pawnbrokers at 7920 Broadway in Lemon Grove, CA

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    On April 9, 2008, I stopped receiving income from my second job, Pacific Defense System, and at the present time, even though I am only getting b/w 600-700 per month, I am surviving with my income tax return until I get another second job.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/25/08
DATE

_____
SIGNATURE OF APPLICANT

## Attachment to Statement of Financial Affairs

4. <u>Suits and Administrative Proceedings, Executions, Garnishments and Attachments:</u>

| | | | |
|---|---|---|---|
| Roadinger vs. Silva<br>SEA025288 | Suit for Money Damages<br>Vacating Rental Home | California Superior Court<br>East County Division | Under Appeal |
| Silva vs. PrimeDirect Mortgage<br>GIC867925 | Appeal from Labor<br>Commissioner Ruling | Superior Court<br>Downtown Central | Interlocutory<br>Dismissal Ruling |
| U.S. vs. Anibal & Janet Silva<br>1-05-CV-710 | Suit for Discrimination<br>National Origin Basis | Federal District Court<br>Austin Division | Default Judgment<br>Rendered on<br>2/5/07 and 7/5/07 |
| Phillips vs. Anibal Silva | Suit for Title Reconveyance | Travis County | Pending |

5. <u>Repossessions, foreclosures and returns:</u> The following properties were either foreclosed, sold, or the San Diego Bankruptcy Court lifted the stay prior to the conversion of the Debtor's Chapter 13 case to Chapter 7 to allow the Lien Holders to foreclose the properties:

| Property | Lien Holder |
|---|---|
| 4607 Candletree Lane, Austin, TX | Lien Holder: Chase Manhattan Mortgage |
| 522 Marquette Street, San Antonio, TX | Lien Holder: Homecomings Financial |
| 802 Norwell Lane, Pflugerville, TX | Lien Holder: Countrywide Home Mortgage |
| 14400 Running Deer Trail, Austin, TX | Lien Holder: Washington Mutual |
| 243 Ebony Ave., #8, Imperial Beach, CA | Lien Holder: Washington Mutual |
| 8014 Briarton Drive, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 9829 Teasdale Terrace, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 8212 Laurel Bend, San Antonio, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 2501 Patsy Parkway, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 2404 Manzana Way, San Diego, CA | Lien Holder: GMAC Mortgage and Bank of America |

Official Form 6F (10/06)

In re **Anibal Mesala Silva**, Case No. **07-03740-JM7**
       _____Debtor_____                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unit 229<br>A-1 Self Storage<br>1370 N. Magnolia Ave.<br>El Cajon, CA 92020 | | C | 12/06<br>Storage Charges<br>Consumer Debt<br>Fixed & Liquidated | | | | 400 |
| ACCOUNT NO. 7800 770<br>Academy Collection Service<br>10965 Decatur Road<br>Philadelphia, PA 19154 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. Silva<br>Advance America<br>6628-A Mission Gorge Rd.<br>San Diego, CA 92120 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Advance Check Express<br>9473 Black Mountain Rd.<br>San Diego, CA 92126 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| | | | Subtotal ▶ | | | | $ ~~0.00~~ 2,050 |
| **15** continuation sheets attached | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

In re **Anibal Mesala Silva**, Debtor    Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Advance Till Payday<br>1010 Broadway St., Unit 1<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>American Answering Service<br>3802 Rosecrans Street<br>San Diego, CA 92110 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 150 |
| ACCOUNT NO. 2776S410<br>Arrow Financial<br>8589 Aero Drive, Ste. 600<br>San Diego, CA 92123 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 6195431466474<br>Collection Bureau of America<br>P.O. Box 5013<br>Hayward, CA 94540 | | C | 2006<br>Consumer Purchases<br>Collection<br>Fixed & Liquidated | | | | 530 |
| ACCOUNT NO.<br>Bank of America<br>100 N Broadway, 9th floor<br>St. Louis, MO 63102 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 2,700 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $~~0.00~~ 4,705

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re Anibal Mesala Silva, Debtor

Case No. 07-03740-J017 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 385359<br>Birch Telecom CBP<br>P.O. Box 60111<br>Dallas, TX 75266 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>California Budget Finance<br>1177 Broadway St, Ste. 3<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Capital One Services<br>P.O. Box 60000<br>Seattle, WA 98190 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 2,000 |
| ACCOUNT NO. 10156394<br>CashNetUSA.com<br>P.O. Box 06230<br>Chicago, IL 60606 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Cash Plus<br>656 Palomar St., Ste. 201<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |

Sheet no. 2 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ ~~$0.00~~ 3,275

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01854333 36 <br> Chase Receivables <br> 1247 Broadway <br> Sonoma, CA 95476 | | C | 2004 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva <br> Checks Cashed 4 Less <br> 3166 Midway Drive, #104 <br> San Diego, CA 92110 | | C | 2006 <br> Consumer Loan <br> Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva <br> Check Center <br> 1096 E. Main Street <br> El Cajon, CA 92021 | | C | 2006 <br> Consumer Loan <br> Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva <br> Check Into Cash <br> 1222 Broadway Street <br> El Cajon, CA 92021 | | C | 2006 <br> Consumer Loan <br> Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. 4722173-4 <br> City of Austin <br> P.O. Box 2267 <br> Austin, TX 78783 | | C | 2003 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 300 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ ~~0.00~~ 1,750

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5A20/5B03<br>Coastal Court Reporting<br>28570 Marguerite Pkwy<br>Mission Viejo, CA 92692 | | C | 2005<br>Consumer Purchases<br>Fixed & Liquidated | | | | 400 |
| ACCOUNT NO. 7936509413C<br>Credit Systems International<br>P.O. Box 1088<br>Arlington, TX 76004 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 160059<br>Creditors Exchange<br>P.O. Box 2270<br>Buffalo, NY 14240 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Cross Country Bank<br>c/o Weinstein & Riley<br>2101 4th Ave., Ste. 900<br>Seattle, WA 98121 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 700 |
| ACCOUNT NO.<br>Dollar Smart<br>1103 Broadway Street<br>El Cajon, CA 92021 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |

Sheet no. **4** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ ~~0.00~~ 2,025

Total > $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Janet Silva<br>Eddie & Violet Paredes<br>15021 Plainview Dr., #C<br>Austin, TX 78725 | | C | 2003<br>Money Judgment<br>Fixed & Liquidated | | | | 3,000 |
| ACCOUNT NO. Silva<br>Emerge<br>P.O. Box 105655<br>Atlanta, GA 30348 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,800 |
| ACCOUNT NO. A65225<br>Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva<br>First Premier<br>P.O. Box 5147<br>Sioux Falls, SD 57117 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 10078820<br>FMA Alliance Ltd<br>11811 N. Freeway, #900<br>Houston, TX 77060 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ ~~0.00~~ 6,800

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17844411653528 GC Services Limited 6330 Gulfton Houston, TX 77081 | | C | 2002 Consumer Purchases Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 5489555115630514 HSBC P.O. Box 60102 City of Industry, CA 91716 | | C | 2005 Consumer Purchases Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. 349-903-703-81 JC Penney P.O. Box 960001 Orlando, FL 32896 | | C | 2005 Consumer Purchases Fixed & Liquidated | | | | 800 |
| ACCOUNT NO. Jefferson Capital Systems P.O. Box 23051 Columbus, GA 31902 | | C | 2002 Consumer Purchases Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva KEKO Pump & Equipment P.O. Box 80308 San Diego, CA 92138 | | C | 2006 Consumer Charges Fixed & Liquidated | | | | 150 |

Sheet no. **6** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 0.00
2,050

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesula Silva**, Debtor          Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 930591347728<br>Mervyn's<br>P.O. Box 960013<br>Orlando, FL 32896 | | C | 2005<br>Consumer Purchases<br>Fixed & Liquidated | | | | 280 |
| ACCOUNT NO.<br>Michael Roedinger<br>8529 Kreiner Way<br>Santee, CA 92071 | | C | 2006<br>Rent Charges | | | X | 500 |
| ACCOUNT NO. 8505100008<br>Midland Credit<br>8875 Aero Drive<br>San Diego, CA 92123 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva<br>Money Tree<br>6779 El Cajon Blvd.<br>San Diego, CA 92115 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>MPB Credit Bureau, Inc.<br>11921 N. MoPac Expwy, #210<br>Austin, TX 78759 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |

Sheet no. **7** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ~~0.00~~ 1,905

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 60769<br>Myers Internet<br>2160 Lundy Ave., Ste. 128<br>San Jose, CA 95131 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>NCO Financial Services<br>P.O. Box 41457<br>Philadelphia, PA 19101 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Ollie Mae Phillips<br>5266 FM 713<br>Lockhart, TX 78644 | | C | 2003<br>Consumer Loan<br>Fixed & Liquidated | | | | 10,500 |
| ACCOUNT NO. A32020<br>PACER Service Center<br>P.O. Box 277773<br>Atlanta, GA 30384 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 90 |
| ACCOUNT NO. Silva<br>OSI Collection Services<br>P.O. Box 550720<br>Jacksonville, FL 32255 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |

Sheet no. **8** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ~~0.00~~ 11,490

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Anibal Mesala Silva__,
Debtor

Case No. __07-03740-JM7__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Prime Direct Mortgage<br>2099 S. State College Blvd, #301<br>Anaheim, CA 92806 | | C | 2004<br>Money Judgment<br>Fixed & Liquidated | | | X | 1,800 |
| ACCOUNT NO. Silva<br>Professional Civil Process<br>P.O. Box 342467<br>Austin, TX 78734 | | C | 2006<br>Consumer Charges<br>Fixed & Liquidated | | | | 800 |
| ACCOUNT NO. Silva<br>Ready Money<br>1112 Broadway St., #101<br>El Cajon, CA 92021 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Santa Fe Apartments<br>4210 Fredericksburg Road<br>San Antonio, TX 78201 | | C | 2005<br>Consumer Charges<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Sun Cash<br>5419 El Cajon Blvd.<br>San Diego, CA 92115 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |

Sheet no. __9__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $~~0.00~~ 3,550

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 413561910690<br>Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Terri Ellis<br>2006 Creek Road<br>Marion, TX 78124 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 600 |
| ACCOUNT NO. 153456197331<br>U.S. Bank<br>490 Fletcher Parkway<br>El Cajon, CA 92020 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. 5711724009<br>U.S. Small Business Admin.<br>10737 Gateway West, Ste. 300<br>El Paso, TX 79935 | | C | 2002<br>Consumer Loan<br>Fixed & Liquidated | | | | 8,000 |
| ACCOUNT NO. 2202393 7<br>Van Ru Credit Corporation<br>P.O. Box 212<br>Park Ridge, IL 60068 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |

Sheet no. 10 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ~~0.00~~ 10,700

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2661665<br>Ventus Capital Services<br>P.O. Box 4607<br>Chesterfield, MO 63006 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 3084424808<br>Washington Mutual<br>1100 Palm Avenue<br>Imperial Beach, CA 91932 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 2,500 |
| ACCOUNT NO. 802 Boswell<br>Windermere HOA<br>P.O. Box 1158<br>Pflugerville, TX 78691 | | C | 2004<br>Consumer Charges<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 69611<br>Windermere Utility Co.<br>P.O. Box 2648<br>Cedar Park, TX 78630 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>California Accounts Service<br>P.O. Box 1622<br>El Cajon, CA 92022 | | C | 2006<br>Consumer Charges<br>Fixed & Liquidated | | | | 300 |

Sheet no. 11 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ ~~0.00~~ 4,400

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
  Debtor  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Richard Elizalda<br>1571 Circulo Brandisi<br>Chula Vista, CA 91915 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 10,000 |
| ACCOUNT NO. Silva<br>Carmen Alvarado<br>2404 Manzana Way<br>San Diego, CA 92139 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 5,000 |
| ACCOUNT NO. Silva<br>Jill Lovatt - Complete Appraisals<br>86 Monarch Drive<br>Monarch Beach, CA 92629 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. Silva<br>J Strebb Residential Appraisals<br>2621 Denver St., Ste. D<br>San Diego, CA 92110 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 350 |
| ACCOUNT NO. Silva<br>Freedom Appraisal, Inc.<br>1400 N. Harbor Blvd., Ste. 430<br>Fullerton, CA 92835 | | C | 2007<br>Consumer Purchases<br>Fixed & Liquidated | | | | 350 |

Sheet no. __12__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ~~0.00~~ 17,200

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03140-JM7__
       Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Accelerated Appraisal<br>639 Faith Ave.<br>Cardiff by the Sea, CA 92007 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. Silva<br>Apache Shores POA, Inc.<br>611 S. Congress, Ste. 510<br>Austin, TX 78704 | | C | 2004<br>HOA Fees<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 7791006<br>Accounts Receivable Mgmt.<br>P.O. Box 129<br>Thorofare, NJ 08086 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 200 |
| ACCOUNT NO. 78521030040045<br>Bay Area Credit Service<br>50 Airport Parkway, Ste. 100<br>San Jose, CA 95110 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Ebony Maint. Corp.<br>c/o Laura<br>239 Ebony Ave, Unit 2<br>Imperial Beach, CA 91932 | | C | 11/2007<br>HOA Fees<br>Fixed & Liquidated | | | X | 3000 |

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ ~~0.00~~ 5,300

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Interstate Inc.<br>P.O. Box 361774<br>Columbus, OH 43236 | | C | 7/2007<br>Storage Fees<br>Fixed & Liquidated | | | | 390 |
| ACCOUNT NO. 236-12520-19<br>California Accounts Service<br>P.O. Box 1622<br>El Cajon, CA 92022 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva 7476<br>Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,550 |
| ACCOUNT NO. 100929 2949<br>America Online<br>P.O. Box 30623<br>Tampa, FL 33630 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 77 |
| ACCOUNT NO. 020020143759<br>Oxford Management Services<br>135 Maxess Road<br>Melville, NY 11747 | | C | 2004<br>Consumer Purchases | | | X | 18,161 |

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $~~0.00~~ 20,478

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03140-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 224112667<br>T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 545 |
| ACCOUNT NO. 5438975088829088<br>Janet Silva<br>TRI-CAP Investment Partners<br>5 Industrial Way<br>Salem, NH 03079 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. 5794031/289796<br>Onyx Acceptance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 15,789 |
| ACCOUNT NO. 10219125<br>Public Storage<br>c/o Anita<br>1047 N. Johnson Avenue<br>El Cajon, CA 92020 | | C | 10/2007<br>Storage Fees for Space 8017<br>Fixed & Liquidated | | | | 600 |
| ACCOUNT NO. 32074822767<br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799 | | C | 10/2007<br>Electricity Charges<br>Fixed & Liquidated | | | | 180 |

Sheet no. 15 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ ~~0.00~~ 17,614

Total➤ $ 115,292
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)