# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL MESALA SILVA,<br><br>　　　　　　　　　　　Appellant,<br>　vs.<br>PATRICK C. HARGADON, et al.,<br><br>　　　　　　　　　　　Appellees. | CASE NO. 08CV784 WQH (RBB)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

HAYES, Judge:

　　Pending before the Court is the motion to proceed in forma pauperis filed by Appellant Anibal Mesala Silva.  (Doc. # 2)

### DISCUSSION

　　On April 29, 2008, Appellant Anibal Mesala Silva filed this bankruptcy appeal from an order of United States Bankruptcy Judge James W. Meyers.  (Doc. # 1).  Plaintiff also filed the presently pending motion to proceed in forma pauperis.  (Doc. # 2).

### I. Motion to Proceed In Forma Pauperis

　　All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee.  28 U.S.C. § 1914(a); s*ee also* 28 U.S.C. § 1930.  An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis.  *See* 28 U.S.C. § 1915(a); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  "To proceed in forma pauperis is a privilege not a right."  *Smart v. Heinze*, 347 F.2d

1  114, 116 (9th Cir. 1965).

2      In his accompanying affidavit, Appellant states that he is employed and earns between $600.00
3  and $700.00 per/month. Appellant has three dependents, and as detailed in the motion to proceed in
4  forma pauperis and in the underlying bankruptcy proceedings, Appellant has a number of creditors
5  and significant debt. Appellant owns a condominium, but owes more on the property's mortgage than
6  the property is worth. Appellant owns a 1991 Volvo 740 and a 2005 Ford Focus. Appellant owes
7  $14,000.00 on the 2005 Ford Focus.

8      After considering Appellant's motion and the accompanying affidavit, the Court concludes that
9  Appellant is entitled to proceed in forma pauperis. Accordingly, Appellant's motion to proceed in
10  forma pauperis (Doc. # 2) is GRANTED.

11      **IT IS SO ORDERED**.

12  DATED: May 14, 2008

13                                        **WILLIAM Q. HAYES**
14                                        United States District Judge