**NUNC PRO TUNC**

JUN 1 2 2008

Anibal Silva
P.O. Box 20732
El Cajon, CA 92021



FILED
JUN 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANIBAL MESALA SILVA,<br>　　　　Appellant<br>　v.<br>PATRICK HARGADON, et al,<br>　　　　Appellees. | Case No. 08-CV-00784-WQH<br><br>**APPELLANT'S MOTION TO STAY OF PROCEEDINGS**<br><br>DATE:　N/A<br>TIME:　N/A<br><br>Hon. William Q. Hayes |

TO THE HONORABLE JUDGE HAYES, U.S. DISTRICT JUDGE:

COMES NOW Appellant, Anibal Mesala Silva, and pursuant to Servicemembers Civil Relief Act (SCRA), 50 U.S.C. App. Section 522, moves this court for an initial 90-day stay of proceedings plus a further stay of proceedings of 30 days, showing that his ability to continue with the appeal herein is materially affected by his military duties, as follows:

1.　Appellant signed up for active military duty with the U.S. Army in the morning of June 11, 2008 for a period of 3 years and 13 weeks, and was instructed to stay at a hotel waiting to be flown to Military training in the morning of June 12, 2008.

2.　Appellant will be attending Warrior Transition Course, which is an abbreviated version of Basic Training designed for Military Veterans going into the Army, for 4 weeks and AIT training for 7 weeks.

3.　Appellant is not allowed to take any personal items with the exception of one change of clothing, 3 sets of underwear, one pair of comfortable shoes, and basic toilet articles.

4. Appellant is materiality affected by his military duty in that he cannot be present for any hearings or cannot prepare and file any pleadings with the court during his Army training until such time, his military training is concluded on approximately September 21, 2008. WHEREFORE Appellant prays that this court grant him a stay of proceedings until September 30, 2008.

Respectfully Submitted,

_____
Anibal Silva, Appellant pro se
P.O. Box 20732
El Cajon, CA 92021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __11__ day of June 2008, the above and foregoing APPELLANT'S MOTION TO STAY OF PROCEEDINGS was served by First Class Mail on the persons listed below as follows:

Beth A. Cluckey
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101

Jeffrey D. Cawdrey
Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101

Patrick C. Hargadon
Bankston & Richardson LLP
P.O. Box 1675
Dripping Springs, TX  78620

James Kennedy, Chapter 7 Trustee
P.O. Box 28459
San Diego, CA  92198

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __6/11/08__

Anibal Silva
P.O. Box 20732
El Cajon, CA  92021