# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL MESALA SILVA,<br><br>　　　　　　　Appellant,<br>　vs.<br><br>PATRICK HARGADON, et al.,<br><br>　　　　　　　Appellees. | CASE NO. 08CV784 WQH (RBB)<br><br>ORDER TO SHOW CAUSE |

HAYES, Judge:

　　On April 29, 2008, Appellant Anibal Mesala Silva appealed an order of the United States Bankruptcy Court for the Southern District of California to the United States District Court for the Southern District of California. (Doc. # 1). Thereafter, on June 17, 2008, Appellant filed a motion to stay these proceedings pursuant to the Soldiers' and Sailors' Civil Relief Act. (Doc. # 5); *see* 50 U.S.C. App. § 521.

## ORDER TO SHOW CAUSE

50 U.S.C. App. § 521 provides that,

> At any stage thereof any action or proceeding in any court in which a person in military service is involved, either as plaintiff or defendant, during the period of such service or within sixty days thereafter may, in the discretion of the court in which it is pending, on its own motion, and shall, on application to it by such persons or some person on his behalf, be stayed as provided in this Act . . . unless, in the opinion of the court, the ability of plaintiff to prosecute the action or the defendant to conduct his defense is not materially affected by reason of his military service.

After reviewing Plaintiff's motion and 50 U.S.C. App. § 521, it appears that Plaintiff may be entitled to a stay of these proceedings. Accordingly, the Court hereby Orders Appellees to show cause

1  as to why Appellant's motion to stay should not be granted.  Appellees shall show cause on or before

2  Friday, July 18, 2008.

3      **IT IS SO ORDERED**.

4  DATED:  June 19, 2008

5

6      **WILLIAM Q. HAYES**
    United States District Judge