KAREN P. HEWITT
United States Attorney
BETH A. CLUKEY
Assistant U.S. Attorney
California Bar No. 228116
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7184
E-mail: beth.clukey@usdoj.gov

Attorneys for Federal Appellees

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL MESALA SILVA,<br><br>        Appellant,<br><br>v.<br><br>PATRICK HARGADON, et al.,<br><br>        Appellees. | Civil Case No. 08 CV 0784-WQH(RBB)<br><br>EXHIBIT LIST IN SUPPORT OF FEDERAL APPELLEES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING APPELLANT'S MOTION TO STAY |

### List of Exhibits

| Exhibit | Description |
|---|---|
| A | Army Statement of Understanding |
| B | Order of Enlistment dated June 11, 2008 to Anibal M. Silva from Department of Defense |

DATED: July 17, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Beth A. Clukey*

BETH A. CLUKEY
Assistant U.S. Attorney
Attorneys for Federal Defendants

# EXHIBIT A

NAME: Silva, Anibal Mesala                         SSN: ▓▓▓▓▓▓▓▓▓

## STATEMENT OF UNDERSTANDING

### REGULAR ARMY ENLISTMENT DELAY FOR APPLICANTS WITH PRIOR SERVICE OR AN EXISTING MILITARY SERVICE OBLIGATION
For use of this form, see AR 601-210; the proponent agency is ODCSPER
(For instructions using this form see USAREC Reg 601-96)

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| AUTHORITY: | Title 10, United States Code, Section 275 Executive Order 9397. |
| PRINCIPAL PURPOSE: | Basic form used to record contractual obligations to enlistees. Guarantees and annexes enlistment contract. |
| ROUTINE USES: | This *form* becomes a part of the Enlisted Master File and Field Personnel File. All uses of the form are internal to the United States Army. |
| DISCLOSURE: | Disclosure of the Social Security Number: (SSN) and other personal information is voluntary. However failure to provide the required information may result in *denial of enlistment or reenlistment*. |

1. I hereby acknowledge my application for enlistment into the Regular Army has been accepted under the following terms and conditions.

   a. I must remain fully qualified for enlistment into the Regular Army which is scheduled for 10 Jun 2008. I will report to San Diego MEPS not later than 10 Jun 2008 0600 hours. My enlistment into the Regular Army will be 3 Years and 13 weeks and my entry grade as determined in accordance with AR 601-210 will be E06

2. I understand that I have reserved the following enlistment option(s):

| PROGRAM | TITLE | REQUEST OPTION |
|---|---|---|
| 9A | United States ARMY Training Enlistment Program(UNCM) | 03 |

School course, I have been assured of attending the School course for:

MOS: 88M MOTOR TRANSPORT OPERATOR
Skill Level: 1
SQI: O NO SPECIAL QUALIFICATIONS
ASI: 00 DEFAULT CODE
Language: YY NONE

   a. I have provided complete, detailed, and accurate background information in regards to my controlled drug and alcohol use, financial, moral, and physical history. This information will be used to determine my eligibility for the necessary security clearance if required by an MOS, option, or duty assignment in connection with my enlistment. I understand that if it is determined that I have knowingly failed to reveal information at the time of my enlistment, or I have significant derogatory information, which results in my inability to receive an interim or final security clearance within 120 days from the submission date of my request for a clearance, I may be reclassified based on the needs of the Army or processed for discharge.

   b. I understand the MOS I selected requires me to have a valid drivers license in my possession on my active duty date.

| 2008051315:52 | DA form 3286, April 2005 (Annex A) | Page 1 of 7 |
|---|---|---|

2

NAME: Silva, Anibal Mesala                    SSN:

   c. I understand that I have enlisted in an MOS that is taught in the OSUT mode. I may be required to complete all or a portion of Basic Training, regardless of the period of my break in service.

   d. I have provided my recruiter or and Guidance Counselor all information required on my application for enlistment. I certify that I have read and fully understand the contents of this form and that no one has told me to conceal any information. I further state that all of the documents such as my birth certificate, high school or college transcripts, diplomas, social security card, or other documents in my enlistment or appointment packet are mine and were not falsified. It is prohibited to have anyone assist me in taking the Armed Services Vocational Aptitude Battery (ASVAB). I certify that no one has given me any answers to the test questions and that the scores I achieved were through my own efforts and I received no assistance taking the ASVAB.

      (1) I am aware that I must reveal all criminal offenses, cases, and arrests to include juvenile and those charges that have been expunged, dismissed, set aside, or not prosecuted. I must reveal all responsibilities I have with respect to children or spouse. I must reveal all prior military service.

      (2) I have not concealed any medical information and I further state that If anyone has told me to conceal, omit from my application, or falsify any information I must report any misconduct on anyone's part that is involved with my recruiting process immediately to the recruiting battalion executive officer.

      (3) That no person has advised me to conceal any information with respect to my enlistment.

   e. Failure to report on date specified above will result in cancellation of my Regular Army enlistment reservation without notification. Willful failure to report may result in denial for enlistment for up to 2 years. If the option, MOS, or assignment provided above is canceled, changed, or becomes unavailable before I enlist into the Regular Army, I will be given the opportunity to select another option.

   *f. (Applies only to members of USAR, ARNG, or a unit of another Reserve Component.)*

   g. My current military service obligation is not changed by this agreement. If I am currently participating or assigned to a unit of the USAR, ARNG, or a unit of another Reserve Component, I understand that this agreement does NOT relieve me of any requirement to satisfactorily participate, attend drill, annual raining, or other duties in association with my Reserve commitment up to 7 days prior to my scheduled reporting date as reflected above.

   h. I further acknowledge my responsibility to notify my unit of the date I am scheduled to enter active duty with the Regular Army.

   i. I am further required to clear and complete all required outprocessing by my unit.

   j. If I am a current drilling member of the Army Reserves or Army National Guard or have been separated from an Army component (Active, Reserves, or National Guard) less than 90 days upon entry onto active duty I understand that I must have in my possession my initial military clothing issue upon arrival at my first duty station or training installation, if re-training is required. If I do not have my initial issue in my possession, I will be required to acquire my initial issue at the installation Military Clothing Store at my own expense and at no cost to the government.

   k. Failure to enter the Regular Army will mean that I will still be required to satisfactorily participate and drill with my Reserve Component unit in accordance with my enlistment contract for that component.

   l. NOTE: Upon entry into the Regular Army your unit will be provided a copy of your enlistment contract.

3. Exceptional Family Member Program

   a. I understand that the assignment location for which I have enlisted is subject to change if either my spouse or dependent child (ren) are enrolled in the Exceptional Family Member Program (EFMP) for medical reasons, meaning that one or more of my family members require medical treatment that may not be available at all military medical treatment facilities (MTF). I

| NAME: Silva, Anibal Mesala | SSN: |
|---|---|

further understand that if my original assignment option is changed due to that installation's MTF not being able to provide the proper care for my family member(s), I will be assigned to another installation where proper medical care is available, based on the Army's need for a Soldier of my military occupational specialty and rank at that installation.

b. I understand that if I have not enlisted for a guaranteed assignment and either my spouse or dependent child(ren) are enrolled in the EFMP, my future assignment(s) will be determined based on availability of proper medical care for my family member(s) and the needs of the Army.

4. Pre-Basic Combat Training (BCT) Physical Training (PT) Program

a. I understand and acknowledge that all recruits reporting for Active Duty/Active Duty for Training will be required to meet a physical assessment standard in order to enter on active duty. At a minimum, I must be able to demonstrate my ability to successfully perform 13 pushups for males, 3 pushups for females, 17 sit-up for males and females and a one mile run in 8:30 minutes for males and 10:30 minutes for females. In addition, Prior Service applicants not requiring basic training will be required to successfully achieve a minimum of 60 points in each event on the Army Physical Fitness Test (APFT).

b. Based upon my initial assessment, my recruiter will enroll me in a self-paced Pre-Basic Combat Training (BCT) Physical Training (PT) Program. I understand and acknowledge that as a member of the Army or Army Reserves, my participation in the PT program is voluntary; however, I will be required to meet a physical assessment standard in order for me to enter on active duty. Failure to meet these standards will prevent me from shipping.

5. ARMY KNOWLEDGE ONLINE:

a. You must register for an AKO email account prior to your Initial Orientation with your recruiter which will occur 1-10 days from today's date. You must register for your account at: http://www.futuresoldiers.com/html/registration.jsp. You are required to enter your Social Security Number, Date of Birth and Pay Entry Basic Date. Your Pay Entry Basic Date is: **10 Jun 2008**.

6. SURE PAY:

a. As part of my enlistment contract, I hereby acknowledge and agree that I have the duty and responsibility, to establish and maintain an account with a United States financial institution such as a bank, savings and loan, or credit union for the direct deposit/receipt of my Army net pay and allowances. I will have in my possession a completed direct deposit form from a financial institution, an ATM Card and or checks prior to shipping to access funds during training.

b. I understand that prior to reporting on Active Duty, I am required to establish an account with the U. S. financial institution for direct deposit/receipt of my Army net pay and allowances, and execute the appropriate forms prior to or immediately to ensure my Army net pay and allowances are deposited directly into my account. I understand I may freely choose or change U. S. financial institutions to satisfy this requirement. I understand that I will continue to have the duty and responsibility to maintain such an account for direct deposit/receipt of my Army net pay allowances so long as I remain in service, unless I receive a specific exemption from this requirement from the Army. I understand that failure to establish and maintain an account as described above, in the absence of a specific exemption, may subject me to administrative action and/or disciplinary action under the Uniform Code of Military Justice or state military code.

7. ALCOHOL AND DRUG ABUSE:

a. I understand that the Army's policy on alcohol and drug abuse is that the Army must prevent alcohol and drug abuse in order to perform its mission to defend the United States, to ensure its combat readiness, and to protect the health and welfare of its soldiers. I understand that service in the United States Army places me in a position of special trust and responsibility. Any drug abuse by soldiers of the United States Army is against the law, violates Army standards of behavior and duty performance, and will not be tolerated. Alcohol abuse involving criminal acts or conduct detrimental to the Army or good order and discipline will also not be tolerated. The illegal use of narcotics, or prescription drugs, or any use of marijuana or other illegal substances by soldiers can lead to criminal prosecution and/or discharge under other than honorable conditions. If I am identified for either alcohol or drug abuse, including the use or possession of marijuana, appropriate disciplinary

NAME: Silva, Anibal Mesala                    SSN: ███████

and/or administrative action may be taken against me. This may include trial by court-martial or administrative separation from the Army.

b. I understand that certain Military Occupational Specialties (MOS) in the Army cannot be performed by persons who have used marijuana or other drugs. If it is established that I have used drugs or marijuana and that usage disqualifies me for the MOS for which I entered the ARMY or have been awarded, I may be reclassified into another MOS based on the needs of the Army.

## 8. RELIGIOUS PRACTICE ACCOMMODATION:

a. I understand the Department of the Army's policy on accommodation of religious practices is to accommodate religious practices when accommodation will not have an adverse impact on military readiness, unit cohesion, standards, health, safety, or discipline. The Army places a high value on the rights of its soldiers to observe the tenants of their respective religions. Unit commanders are authorized to initially approve or deny requests for accommodation of religious practices. Conditions of accommodation may change based on military need. Policy guidelines are contained in AR 600-20 and AR 165-1 which my guidance counselor has available for me to read. I understand that the Army cannot guarantee accommodation of religious practices.

b. I further state that I have been given the opportunity to read or I have read the policy in AR 600-20 and AR 165-1.

## 9. FITNESS TRAINING UNIT:

a. I understand that all recruits reporting for Basic Combat Training (BCT) and One Station Unit Training (OSUT) will be assessed on their physical fitness during processing at the Reception Battalion.

b. The new soldiers not meeting the minimum standards listed below will enter the Fitness Training Unit. Those who meet or exceed the standards will proceed on to BCT/OSUT. The minimum standards are:

| | |
|---|---|
| Push-up: | 13 repetitions |
| Sit-up: | 17 repetitions |
| 1 Mile Run: | 8 min 30 sec. |

## 10. SEXUAL HARASSMENT:

a. The U.S. Army will not condone any person who violates the rights of, or discriminates against, any person because of their gender. Further, I understand that:

(1) Sexual harassment is a form of gender discrimination that involves unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature, when submission to or rejection of such conduct is made either explicitly or implicitly a term or condition of a person's job, pay, or career;

(2) Submission to or rejection of such conduct by a person is used as a basis for career or employment decisions affecting that person; or such conduct interferes with an individual's performance or creates an intimidating, hostile, or offensive environment.

(3) Any soldier or civilian employee in a supervisory or command position who uses or condones implicit or explicit sexual behavior to control, influence, or affect the career, pay, or job of another soldier or civilian employee is engaging in sexual harassment. Who makes deliberate or repeated unwelcome verbal comments, gestures, or physical contact of a sexual nature is engaging in sexual harassment. Sexual harassment is not limited to the workplace, can occur at almost any place, and violates acceptable standards of integrity and impartiality required of all Army personnel. It interferes with mission accomplishment and unit cohesion. Such behavior by soldiers or Army civilians will not be tolerated.

NAME: Silva, Anibal Mesala                                      SSN:

(4) I fully acknowledge that I have the duty and responsibility to report immediately any violation of the above stated policy. In addition, I acknowledge that I am aware of the Army policy stated above and any violation could be grounds for adverse action or criminal charges under the Uniform Code of Military Justice. If a violation of the above policy occurs while I am a member of the Delayed Entry/Training Program, I may contact the U.S. Army Recruiting Battalion Executive Officer or Commander at   Bn XO Phone number
(949) 367-1155 .

b. The U.S. Army has zero tolerance for conduct or behavior that violates the policy stated above.

c. The Army policy stated above may be found in Army Regulation 600-20, Army Command Policy.

11. PROHIBITED ACTIVITIES:

a. I understand that the U.S. Army strictly prohibits any social activity of a personal, unofficial nature between U.S. Army Recruiting Command personnel and members of the Future Soldier Program. Prohibited activities include:

(1) Any type of romantic or sexual conduct.

(2) Sharing of lodging.

(3) Sharing of a personal vehicle.

(4) Drinking of alcoholic beverages.

(5) Personal employment, such as babysitting and maintenance work.

(6) Exchange of money; to include loaning, giving, receiving, or borrowing.

(7) Exchange of personal property; to include selling, purchasing, leasing, giving, receiving, loaning, and borrowing.

b. I understand that Future Soldier Program functions are official in nature and are not considered personal, social activity; therefore, the above rules still apply to those functions.

c. I understand that if I become aware of any recruiting personnel violating any of these rules, I will report it immediately to the Battalion Executive Officer whose telephone number is:  (949) 367-1155 .

d. I understand that between recruiting personnel and Future Soldiers there will be no sex, no dating, no sleepovers, no sharing of property, no drinking of alcohol, no financial deals, no improper touching, no profane language, no verbal sexual suggestions, and no sexual harassment.

12. PARTICIPATION IN EXTREMIST ORGANIZATIONS OR ACTIVITIES:

a. I have been advised that participation in extremist organizations or activities is inconsistent with the treatment for all soldiers without regard to race, color, religion, sex, or national origin. Enforcement of responsibilities of military service. It is the policy of the U.S. Army to provide equal opportunity and the Army's equal opportunity policy is a responsibility of command, is vitally important to unit cohesion and morale, and is essential to the Army's ability to accomplish its mission. It is the commander's responsibility to maintain good order and discipline in the unit. Every commander has the inherent authority to take appropriate actions to accomplish this goal. This paragraph identifies prohibited actions by soldiers involving extremist organizations or activities, discusses the authority of the commander to establish other prohibitions, and establishes that violation of the prohibitions contained in this paragraph or those established by a commander may result in prosecution under various provisions of the Uniform Code of Military Justice (UCMJ).

(1) Participation. Military personnel must reject participation in extremist organizations and activities. Extremist organizations and activities are ones that advocate racial, gender, or ethnic hatred or intolerance; advocate, create, or

NAME: Silva, Anibal Mesala                                    SSN:

engage in illegal discrimination based on race, color, sex, religion, or national origin; advocate the use of or use force or violence or unlawful means to deprive individuals of their rights under the United States Constitution or the laws of the United States or any State; or advocate or seek to overthrow the Government of the United States, or any State by unlawful means.

   (2) Prohibitions. Soldiers are prohibited from the following actions in support of extremist organizations or activities. Penalties for violation of these prohibitions include the full range of statutory and regulatory sanctions, both criminal (UCMJ) and administrative.

   (3) Participating in a public demonstration or rally.

   (4) Attending a meeting or activity with knowledge that the meeting or activity involves an extremist cause when on duty, when in uniform, when in a foreign country (whether on- or off-duty or in uniform), when it constitutes a breach of law and order, when violence is likely to result, or when in violation of off-limits sanctions or a commander's order;

   (5) Fund-raising;

   (6) Recruiting or training members (including encouraging other soldiers to join);

   (7) Creating, organizing, or taking a visible leadership role in such an organization or activity; or

   (8) Distributing literature on or off a military installation the primary purpose and content of which concerns advocacy or support of extremist causes, organizations, or activities and it appears that the literature presents a clear danger to the loyalty, discipline, or morale of military personnel, or if the distribution would materially interfere with the accomplishment of a military mission.

 b. I acknowledge that I have read and fully understand the Army's policy regarding a soldier's participation in extremist organizations or activities. If I request, a complete copy of AR 600-20, paragraph 4-12, will be provided to me.

13. UNIFORM AND APPEARANCE:

 a. I acknowledge that I have been informed of the U.S. Army uniform and appearance policy. I understand that:

   (1) AR 670-1 (Wear and Appearance of Army Uniforms and Insignia) contains personal appearance policies which I will be required to comply with. Soldiers are expected to maintain good daily hygiene and wear their uniform so as not to detract from an overall military appearance.

   (2) I have been informed that provisions of AR 670-1 as it applies to personal appearance include specific policy with regard to body markings.

   (3) The current policy is as follows:

     (a.) Any person with a tattoo on the head, neck, scalp, or face will not be accepted. Furthermore, regardless of a tattoo's location, any tattoo deemed offensive, racist, profane, and/or linked to a criminal activity or extremist group may be denied enlistment.

     (b.) TATTOOING in areas of the body (i.e., face, legs, hands, fingers, etc.,) that would cause the tattoo to be exposed in a Class A Uniform would detract from a soldierly appearance.

     (c.) Any person who is not in compliance with AR 670-1 as it applies to tattoos will not be accepted for enlistment in the U.S. Army.

 b. I have been advised that while a member of the U.S. Army, to include the Delayed Entry Program, I may not violate the above policy. I will refrain from obtaining any body markings or I may be denied entry for violation of the above expressed policy.

| NAME: Silva, Anibal Mesala | SSN: |
|---|---|

c. I hereby state that I have revealed the existence of all tattoos during my medical examination. I have further revealed to my recruiter, or guidance counselor that I have markings (tattoos).

**I DO NOT HAVE ANY TATTOOS.**

14. I have read and understand the statements above and that these statements are intended to constitute **ALL** promises and guarantees whatsoever concerning my enlistment. No other (verbal or otherwise) promise or representation not annexed to my enlistment contract is valid or will be honored. I hereby state that I have **NOT** been promised anything other than what is written on this form and hereby waive any claim based upon any promise or representation not annexed to my contract. I further state that I have provided my recruiter and guidance counselor all information concerning my qualifications and that no official in the U.S. Army or any other agency has advised me to conceal, nor have I concealed information in connection with my enlistment.

| TYPED NAME AND SSN OF APPLICANT | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| Anibal Mesala Silva | *(signature)* | 20080513 |

Guidance counselor:

I have reviewed this applicant's records and found (based upon the information provided) him/her qualified for enlistment into the Regular Army. I have made a reservation for the option(s) indicated and for the Regular Army enlistment date indicated. ALL MEPS PROCESSING HAS BEEN COMPLETED EXCEPT EXECUTION OF A DD FORM 4.

| TYPED NAME AND GRADE OF COUNSELOR | SIGNATURE OF GUIDANCE COUNSELOR | DATE |
|---|---|---|
| Mr Michael A Guerry | *(signature)* | 20080513 |

# EXHIBIT B

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION
4181 RUFFIN RD, STE B
SAN DIEGO, CA 92123-1819

ORDERS: 816318                                              11 June 2008

SILVA, ANIBAL M. ███████, SSG, SAN DIEGO MEPS (W4LEAA) CA

You enlisted this date for the period shown at active duty commitment below and are assigned as shown.

Assigned: 95th Adjutant General Battalion (Reception) FT SILL, OK for 6 weeks of Warrior Transition Course (WTC)
Reporting date: 12 June 2008
Active duty commitment: 3 years
Additional instructions: You are not authorized movement of your dependents at Government expense. Shipment of the weight allowance of household goods prescribed in the Joint Federal Travel Regulations is authorized. You are scheduled for 8 weeks training in MOS 88M10 at FT LEE, VA.

This is a centrally billed Account for ticket purchase.
FOR ARMY USE                    Pers con no: NA
Auth: AR 601-210                Comp: Regular Army
MDC: 1BE8                       Dependent(s): Yes
Sex: Male
PMOS: 88M10
PEBD: 01 February 1989
HOR: Escondido, CA 92029
Format: 100

FOR THE COMMANDER

*******************************
*     OFFICIAL COPY            *
* DEPARTMENT OF DEFENSE        *
*     SAN DIEGO MEPS           *
*******************************
COLIN M. BROWNING
1 LT, USMC
Assistant Operations Officer

DISTRIBUTION:
SSG SILVA (1)
CDR, unit of assignment (?)
CDR, USA RBN (3)
Travel session (1)
File (1)

10