**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL MESALA SILVA, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> PATRICK HARGADON, et al., ) <br> ) <br> Appellees. ) <br> _____ ) | Civil Case No. 08cv0784-WQH(RBB) <br><br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, Beth A. Clukey, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

**FEDERAL APPELLEES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING APPELLANT'S MOTION TO STAY**

on July 17, 2008, by first class mail, postage prepaid, to the following non-ECF participants on this case:

    Anibal Silva
    P.O. Box 20732
    El Cajon, CA 92021

    Patrick Hargadon
    P.O. Box 1675
    Drippings Springs, TX 78620

and on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them to the following ECF participant on this case:

    Jeffrey D. Cawdrey
    Gordon & Rees
    101 West Broadway, Suite 1600
    San Diego, CA 92101
    Email: jcawdrey@gordonrees.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008.

                                                        s/ Beth A. Clukey
                                                        Beth A. Clukey