# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL MESALA SILVA,<br><br>    Appellant,<br>vs.<br><br>PATRICK C. HARGADON, et al.,<br><br>    Appellees. | CASE NO. 08CV784 WQH (RBB)<br><br>BANKRUPTCY NO. 07-3740-JM7<br>ADVERSARY NO. 07-90588<br><br>ORDER |

HAYES, Judge:

On April 29, 2008, Appellant Anibal Mesala Silva filed this bankruptcy appeal pursuant to 28 U.S.C. § 158. (Doc. # 1). Appellant appeals from the April 15, 2008, Order of the United States Bankruptcy Court denying Plaintiff's motion for summary judgment and granting Patrick C. Hargadon's motion to set aside default. (Adversary Case No. 07-90588, Doc. # 39).

On June 17, 2008, Appellant moved this Court to stay the proceedings until September 30, 2008 on the grounds that military duty will prevent preparation of required pleadings. (Doc. # 5).

## RULING OF THE COURT

Appellant moves the Court to stay this bankruptcy proceedings pursuant to the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. App. § 522. Appellant has explained that he would begin military training satisfying the requirements of §522(b)(2)(A) but has not submitted a letter of communication from his commanding officer in compliance with

§522(b)(2)(B). See *Silva v. Gaeta*, Civ. No. 08CV 783 JM (Doc # 7) (same facts, same result).

IT IS HEREBY ORDERED that Appellant's motion to stay the proceedings (Doc. No. 5) is denied without prejudice. Appellants shall serve and file the opening brief and any required record on or before **September 30, 2008.** Respondent shall serve and file a responsive brief on or before **October 31, 2008.** All briefs shall comply with Federal Rule of Bankruptcy Procedure 8010.

DATED: August 6, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge