# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL MESALA SILVA, | CASE NO. 08cv784-WQH-RBB |
| Appellant, | BANKRUPTCY NO. 07-3740-JM7 |
| vs. | ADVERSARY NO. 07-90588 |
| PATRICK C. HARGADON, et al., | ORDER |
| Appellees. | |

HAYES, Judge:

IT IS HEREBY ORDERED that Appellant's ex parte application to enlarge time to file opening brief (Doc. # 10) is granted.  Appellant shall serve and file the opening brief and any required record on or before October 6, 2008.


DATED:  October 6, 2008

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge